MARGARET E. FAULKNER *v.* JOHN A. D. FAULKNER

[No. 10, January Term, 1939.]

*Decided February 2nd, 1939.*

The cause was argued before BOND, C. J., OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, JOHNSON, and DELAPLAINE, JJ.

*Edward E. Hargest, Jr.,* and *O. Bowie Duckett, Jr.,* for the appellant.

*Malcolm J. Coan,* with whom was *Howard C. Bregel* on the brief, for the appellee.

SLOAN, J., delivered the opinion of the Court.